In re NEW YORK, SUSQUEHANNA & WESTERN RAILROAD COMPANY, Debtor; New York Life Insurance Company, Mutual Benefit Life Insurance Company, and Prudential Insurance Company of America, Appellants.

No. 9070.

Circuit Court of Appeals, Third Circuit.

Argued May 9, 1946.

Decided Jan. 16, 1947.

Rehearing Denied March 7, 1947.

Writ of Certiorari Denied June 9, 1947.

See 67 S.Ct. 1537.

William F. Young, of New York City, for appellant.

No argument for appellee.

Before BIGGS, EDGERTON, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The questions presented by this appeal are ruled by our opinion of December 19, 1946, filed at No. 9067, In the Matter of New York, Susquehanna and Western Railroad Company, Debtor (Henry K. Norton as Successor Trustee, Appellant), 3 Cir., 160 F.2d 29. Accordingly, the order of the court below is vacated and the cause is remanded with the direction to proceed in a manner not inconsistent with the views expressed in the opinion referred to.